[No. 14062-4-II. Division Two. July 12, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL LEE ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 90–1–00527–7, D. Gary Steiner, J., entered June 11, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.